```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
-------------------------------------------X    ELECTRONICALLY FILED
BENJAMIN PINCKNEY,                         :    DOC #:
                                           :    DATE FILED: 01/13/2020
                        Plaintiff,         :
                                           :
              -against-                    :    19-CV-3541 (VEC)
                                           :
                                           :    ORDER
RIVERBAY CORPORATION,                      :
                                           :
                        Defendant.         :
-------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties appeared for a status conference on January 10, 2020;

    WHEREAS the parties have completed fact discovery, with the exception of a deposition of Plaintiff's subsequent employer, who failed to appear as noticed;

    WHEREAS the outstanding deposition pertains exclusively to mitigation and damages, not liability;

    WHEREAS the parties anticipate offering occupational experts, who are also relevant only to damages, not liability;

    WHEREAS Defendant intends to move for summary judgment;

    WHEREAS the parties request a referral to the assigned magistrate judge for a settlement conference;

    IT IS HEREBY ORDERED that Defendant's motion for summary judgment shall be due on **March 27, 2020**. Plaintiff's opposition shall be due on **April 24, 2020**. Defendant's reply shall be due on **May 8, 2020**. If the parties need more time to attempt settlement prior to the

filing of the motion, they may jointly propose a more extended briefing schedule.

**SO ORDERED.**

Date:   **January 13, 2020**                          _____
        New York, New York                        **VALERIE CAPRONI**
                                                                      **United States District Judge**